UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
CECILIA SANOSSIAN,

                Plaintiff,

    -against-

VALLEY STREAM CENTRAL HIGH SCHOOL
DISTRICT,

                Defendant.
----------------------------------------------------------------X

For Online Publication Only

**ORDER**
16-CV-4697 JMA) (ARL)

FILED
CLERK
10:21 am, Mar 31, 2022
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**AZRACK, United States District Judge:**

      Currently pending before the Court is Defendants' motion for summary judgment. (ECF No. 90.) In a Report and Recommendation issued on February 16, 2022 (the "R&R"), Magistrate Judge Shields recommended granting Defendant's motion.

      In reviewing a magistrate judge's report and recommendation, the court must "make a de novo determination of those portions of the report or . . . recommendations to which objection[s][are] made." 28 U.S.C. § 636(b)(1)(C); see also Brown v. Ebert, No. 05–CV–5579, 2006 WL 3851152, at *2 (S.D.N.Y. Dec. 29, 2006). The court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). Those portions of a report and recommendation to which there is no specific reasoned objection are reviewed for clear error. See Pall Corp. v. Entegris, Inc., 249 F.R.D. 48, 51 (E.D.N.Y. 2008).

      To date, no objections have been filed to the R&R and the deadline for filing any such objections has passed. I have reviewed the R&R for clear error, and finding none, I adopt the R&R in its entirety as the opinion of this Court.

2

Accordingly, Defendant's motion for summary is GRANTED.  The Clerk of Court is directed to close this case.

**SO ORDERED.**

Dated: March 31, 2022
       Central Islip, New York

                                                            /s/  (JMA)
                                          JOAN M. AZRACK
                                          UNITED STATES DISTRICT JUDGE